IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Nel Steffens, Deputy Clerk  
Therese Lindblom, Court Reporter

Date: February 21, 2008

Civil Action No. 08–cv–00256–EWN

*Parties:*

NATHAN DUNLAP,

 Petitioner,

v.

JOE ORTIZ, Executive Director, Colorado Department of Corrections,

 Defendant.

*Counsel:*

Philip Cherner and Madeline Cohen

Paul Koehler

## COURTROOM MINUTES

**Hearing Regarding Motion to Withdraw**

**2:16 p.m.** Court in session.

Discussion regarding motion to withdraw as attorney, #4.

**ORDERED: 1. Petitioner's Motion to Withdraw and/or Substitute Counsel (#4, filed February 12, 2008) is GRANTED. The Federal Public Defender, specifically Madeline Cohen, is appointed to represent the Petitioner; Philip Cherner is appointed as CJA second counsel.**

Court directs Ms. Cohen to enter her appearance immediately.

**ORDERED: 2. Petitioner's Motion to Amend Caption (#5, filed February 12, 2008) is GRANTED. The caption in this case shall be amended as follows: the**

> **name "ARI ZAVARAS" shall be substituted for the name "JOE ORTIZ," and "JOHN W. SUTHERS, Colorado Attorney General" shall be added as a Respondent.**

Discussion regarding motion for stay of execution, #3. Respondents have no objection.

**ORDERED: 3. Ms. Cohen shall prepare and submit, with Mr. Koehler's approval, a written order as to the motion for stay of execution, #3.**

Discussion regarding the case, used as a predicate for this case, now before the Colorado Court of Appeals.

Discussion regarding location of record pertaining to this case.

Discussion regarding digitally imaging records. Court directs counsel to submit proper CJA request.

Discussion regarding time needed by counsel to prepare briefs.

**ORDERED: 4. Petitioner shall file opening briefs and/or amended petition by October 15, 2008; State's response due by December 15, 2008; any reply by applicant is due by February 15, 2009.**

Discussion regarding mechanics/cost of digitally imaging the State Court of Appeals record. Ms. Cohen will seek approval for funds to accomplish digitizing from the Federal Public Defender's office.

**2:31 p.m.** Court in recess.

Hearing concluded.

Total time in court: 00:15