IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 08-cv-00256-EWN-KMT

NATHAN DUNLAP,

    Applicant,

v.

ARI ZAVARAS, Executive Director, Colorado Department of Corrections, and
JOHN SUTHERS, Attorney General, State of Colorado,

    Respondents.

---

## ORDER:
## STAY OF EXECUTION

---

This matter is before me on the Applicant's **Motion for Stay of Execution** [Doc. #3, filed 2/12/08] (the "Motion"). The Respondents do not oppose the Motion.

The Court finds that a stay of execution is necessary to protect this Court's jurisdiction to adjudicate Applicant's petition for writ of habeas corpus. Therefore,

IT IS ORDERED that the Motion is GRANTED, and Applicant's execution shall be stayed, pursuant to 28 U.S.C. § 2251.

IT IS FURTHER ORDERED that the stay of Applicant's execution shall remain in effect for the duration of his federal habeas corpus proceedings, including on appeal to the United States Court of Appeals for the Tenth Circuit and the United States Supreme Court.

Dated this 22nd Day of February, 2008.

                                            BY THE COURT:

                                            s/ Edward W. Nottingham
                                            Edward W. Nottingham
                                            Chief United States District Judge