IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 06-cv-00611-EWN-MJW
and
CASE No. 08-cv-00256-EWN-KMT

NATHAN DUNLAP,

    Applicant,

v.

ARI ZAVARAS, Executive Director, Colorado Department of Corrections,

    Respondent.

## ORDER
_____

This matter comes before the Court on the Applicant's motion for production of the record in his underlying state court proceedings, and for permission to borrow and digitize that record [Doc. #14, filed 3/11/08]. The Respondents do not oppose this motion. Having reviewed the motion and being fully apprised, the Court **ORDERS** as follows.

    1.    The clerk of the Arapahoe County District Court shall produce and transmit to the Clerk of this Court the entire state court record in case number 93CR2071, including all pleadings, transcripts, exhibits, orders, and other documents at all stages, including pretrial, guilt, penalty, and post-conviction proceedings.

    2.    The clerk of the Arapahoe County District Court shall transmit the state-court record to this Court in its current form, without renumbering or otherwise altering any volume or document.

3. After the state court record is received by the Clerk of this Court, counsel for Mr. Dunlap may borrow that record for the purpose of digitizing it. Counsel shall be responsible for safeguarding the record while it is in their custody, and shall ensure that the record is returned to this Court as quickly as possible.

4. Counsel shall file the digitized record with this Court, and this digital record shall be deemed the official version of the state court record in Mr. Dunlap's case, for purposes of his federal habeas corpus proceedings.

5. The Clerk of this Court shall serve a copy of this Order on the Arapahoe County District Court, by mailing it to Sherrie O'Brien, Appellate Clerk, Arapahoe County District Court, 7325 South Potomac Street, Centennial, CO 80112. The Clerk of this Court shall also send a courtesy copy of this Order to Ms. O'Brien by electronic mail at sherrie.obrien@judicial.state.co.us.

**IT IS SO ORDERED.**

Dated this 12th day of March, 2008.

BY THE COURT:

s/ Edward W. Nottingham
Edward W. Nottingham
Chief United States District Judge