# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Christine M. Arguello

Civil Action No. 08-cv-00256-CMA

NATHAN DUNLAP,

    Applicant,

v.

ARI ZAVARAS, Executive Director, Colorado Department of Corrections,

    Respondent.
_____

## ORDER TRANSFERRING CASE
_____

This matter is before the Court on the Applicant's Unopposed Motion To Transfer Related Case (Doc. # 45). For the reasons set forth in the Motion and with the approval of Chief Judge Wiley Y. Daniel and consent of Judge Robert E. Blackburn, it is hereby

ORDERED that the Clerk of the Court transfer Civil Action No. 06-cv-00611 to Judge Christine M. Arguello.

    DATE: January __14__, 2009

                                            BY THE COURT:

                                            _____
                                            CHRISTINE M. ARGUELLO
                                            United States District Judge