# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Judge Christine M. Arguello

Civil Action No. 08-cv-00256-CMA

NATHAN DUNLAP,

    Applicant,

v.

ARI ZAVARAS, Executive Director, Colorado Department of Corrections,
JOHN W. SUTHERS, Attorney General, State of Colorado

    Respondents.

_____

## MINUTE ORDER
_____

ENTERED BY JUDGE CHRISTINE M. ARGUELLO

    Defendants are Ordered to file an Answer to Plaintiff's Amended Application for Writ of *Habeas Corpus* (Doc. # 54) within 90 days of today's date.

    DATED: October 9, 2009.