**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 2 5 2013

JEFFREY P. COLWELL
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

CIVIL ACTION NO.  08-cv-256 JLK

NATHAN DUNLAP,

      Petitioner,

vs.

ARI ZAVARAS, Executive Director, Colorado Department of Corrections, and
JOHN W. SUTHERS, Colorado Attorney General

      Respondents.

---

## ORDER RETURNING STATE COURT RECORD

---

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final.  It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

DATED at Denver, Colorado, this 18th day of April, 2013.

BY THE COURT:

*S/John L. Kane*
John L. Kane
Senior United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 08-cv-00256

Arapahoe County Combined Court
Arapahoe County Justice Center
7325 S. Potomac St.
Centennial, CO 80112

Philip Alan Cherner
**DELIVERED ELECTRONICALLY**

Madeline S. Cohen
**DELIVERED ELECTRONICALLY**

Patrick L. Ridley
**DELIVERED ELECTRONICALLY**

Paul Edward Koehler - Colorado Attorney General's Office
**DELIVERED ELECTRONICALLY**

I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on   4/25/2013  .

JEFFREY P. COLWELL, CLERK

By: s/ D. Berardi
Deputy Clerk